1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual, | Case No.: CV 17-00234-BRO-(JEMx) |
| Plaintiff, | |
| v. | |
| DAMIEN VAZQUEZ, an individual, and DOES 1 to 10, inclusive, | **ORDER RE: PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

1
**ORDER**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff John Doe's ("Plaintiff") Ex Parte Application for Temporary Restraining Order and Order to Show Cause RE: Preliminary Injunction and Order for Expedited Discovery ("Ex Parte Application") came on for hearing before this Court on January 25, 2017, at 9:00 a.m., in Courtroom 7C of the above-entitled Court, the Honorable Beverly Reid O'Connell presiding.  The appearances of parties were as noted on the record.  In his Ex Parte Application, Plaintiff also requested that the Court enter a preliminary injunction.  Accordingly, on January 25, 2017, the Court granted in part Plaintiff's Ex Parte Application, entered a temporary restraining order, and ordered Defendant Damien Vazquez ("Defendant") to show cause why the Court should not issue a preliminary injunction.  Good cause appearing, the Court extended the initial temporary restraining order for an additional fourteen days.  Subsequently, on February 21, 2017, at 8:30 a.m., the Court held a second hearing to determine whether to issue a preliminary injunction in this matter.  After considering the moving papers and all other matters presented, and with good cause appearing, the Court rules as follows:  Plaintiff's request for a preliminary injunction is **GRANTED**.

## I.  PRELIMINARY INJUNCTION

**IT IS ORDERED THAT:**

1. Defendant Damien Vazquez ("Defendant") shall remove and forever purge the private nude or semi-nude pictures that were obtained from Plaintiff's mobile phone without authorization;

2. Defendant shall not take, or cause to be taken, any nude or semi-nude pictures of Plaintiff without consent unless Plaintiff is appearing in public. Furthermore, Defendant shall not distribute Plaintiff's nude or semi-nude photographs taken without consent to any third parties, including, but not limited to, friends, colleagues, and/or relatives;

3. Defendant shall not post nude or semi-nude pictures of Plaintiff taken without consent on any social media websites, including, but not limited to, Facebook, Twitter, Instagram, Tumblr, or Snapchat;

4. Defendant shall not contact Plaintiff's modeling/acting agents and industry professionals to interfere with or ruin Plaintiff's business relationships;

5. Defendant shall not contact Plaintiff's mother and current/former friends to damage his reputation;

6. Defendant shall not spoof mobile numbers in order to contact the following parties: Plaintiff's friends, colleagues, and/or relatives to damage his reputation;

7. Defendant shall not disrupt Plaintiff's professional efforts and shall cease and desist from alarming, annoying, or harassing Plaintiff without justification;

8. Defendant shall not remit or attempt to remit funds towards Plaintiff's friends to divulge Plaintiff's personal information, including, but not limited to, phone number(s);

9. Defendant shall not communicate with or reach out to Plaintiff's fans in an effort to ruin Plaintiff's reputation;

10. Defendant shall not come within 500 feet of Plaintiff and his immediate family for during the duration of the restraining order; and

11. Defendant shall not communicate with Plaintiff and his immediate family in an alarming, harassing, threatening, annoying, or otherwise damaging manner.

## II.  RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes of construction, modification, and enforcement of this Order.

## III.  ACKNOWLEDGMENT OF RECEIPT OF ORDER BY DEFENDANT

**IT IS FURTHER ORDERED** that Defendant, within three (3) business days of receipt of this Order, must submit to Plaintiff's counsel a sworn statement acknowledging receipt of this Order.

**IT IS SO ORDERED**, this 22nd day of February, 2017, at 4:00 PM, Pacific Daylight Time.

IT IS SO ORDERED.

DATED: February 22, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge