**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: 310-694-3034
Facsimile: 310-694-3057
Email: salar@atrizadeh.com

Attorney for Plaintiff
JOHN DOE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN VAZQUEZ, an individual, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00234-BRO-JEM<br><br>**JUDGMENT** |

---

**JUDGMENT**

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

It appears from the records in the above-entitled action that the Summons and Complaint have been served upon Defendant Damien Vazquez and it further appears from Plaintiff John Doe's Application for Default Judgment, declarations, and other evidence, as required by F.R.Civ.P. 55(a)-(b), that Defendant has failed to plead or otherwise defend in the above-captioned action as directed in the Summons and Complaint and as provided in the Federal Rules of Civil Procedure. It appears that Defendant is not a minor or incompetent person, is not currently serving in the military, is not an officer or an agency of the United States, and is not a foreign state or a political subdivision, agency, or instrumentality of a foreign state. It also appears that Plaintiff's claim is for a sum certain or a sum that can be made certain by computation.

The Court hereby enters default judgment in favor of Plaintiff against Defendant on the following causes of action: (1) Invasion of privacy; (2) Civil harassment in violation of California Code of Civil Procedure § 527.6; (3) Civil stalking in violation of California Code of Civil Procedure § 1708.7 et seq.; (4) Cyber exploitation in violation of California Code of Civil Procedure § 1708.85 et seq.; and (5) Intentional interference with prospective economic advantage. Furthermore, the Court awards to Plaintiff damages in the amount of $97,593.15, as well as attorney's fees in the amount of $5,503.73. The total amount of the judgment, which is $103,096.88, shall bear post-judgment interest at a rate calculated in accordance with 28 U.S.C. § 1961.

IT IS SO ORDERED.
DATED: May 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

---

**JUDGMENT**